**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| R. CLAY HENDRIX,<br><br>                              Plaintiff,<br><br>   v.<br><br>MYLES GETTO, in his individual and official capacity as Churchill County Commissioner, et al.,<br><br>                              Defendants. | 3:25-cv-00468-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 45 |

Before the court is Plaintiff's Motion Regarding Discovery Dispute. (ECF No. 45.)

Pursuant to the Court's Civil Standing Order (ECF No. 8), Defendants shall file a response on or before close of business on **Thursday, February 5, 2026**.  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  February 3, 2026.

_____
Craig S. Denney
United States Magistrate Judge