Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
rgubler@mjohnsonlaw.com
*Attorneys for Plaintiff R. Clay Hendrix*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT NEVADA

R. CLAY HENDRIX, an individual,

    Plaintiff,

vs.

MYLES GETTO, in his individual and official capacity as Churchill County Commissioner; MATT HYDE, in his individual and official capacity as Churchill County Commissioner; ERIC BLAKEY, in his individual and official capacity as Churchill County Commissioner; CHURCHILL COUNTY, a political subdivision of the State of Nevada; JAMES BARBEE, in his individual and official capacity as former Churchill County Manager; CHRISTIAN SPROSS, in his individual and official capacity as former Assistant County Manager; JOSEPH SANFORD, in his individual and official capacity as Deputy District Attorney; ART MALLORY, in his individual and official capacity as the Churchill County District Attorney; CHURCHILL COUNTY DISTRICT ATTORNEY'S OFFICE, a public entity; KENNETH TEDFORD, in his individual and official capacity; and

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:25-cv-00468-MMD-CSD

## ORDER FOR DISMISSAL WITH PREJUDICE

-1-

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS. NEVADA 89117
(702) 471-0065
(702) 471-0075

DOES 1 through 10, inclusive, )
)
Defendants. )
)

Plaintiff R. Clay Hendrix ("Plaintiff"), by and through his counsel of record, Matthew L. Johnson, Esq. of JOHNSON & GUBLER, P.C., and Defendants MYLES GETTO, MATT HYDE, ERIC BLAKEY, CHURCHILL COUNTY, JAMES BARBEE, CHRISTIAN SPROSS, JOSEPH SANFORD, ART MALLORY, CHURCHILL COUNTY DISTRICT ATTORNEY'S OFFICE, and KENNETH TEDFORD (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This action has been fully resolved as between the Parties.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate that the above-captioned action shall be dismissed with prejudice in its entirety.

3. Each party shall bear its own attorneys' fees and costs.

4. This Stipulation may be executed in counterparts, and signatures transmitted electronically shall be deemed fully effective.

DATED this 7th day of April, 2026.           DATED this 7th day of April, 2026.
JOHNSON & GUBLER, P.C.                       LAXALT LAW GROUP


/s/ Matthew L. Johnson                        /s/ Rebecca Bruch[1]
Matthew L. Johnson (6004)                     Rebecca Bruch (7289)
Russell G. Gubler (10889)                     9790 Gateway Dr, #200
8831 West Sahara Avenue                       Reno, NV 89521
Las Vegas, Nevada 89117                       Phone: (775) 322-1170
Phone: (702) 471-0065                         rbruch@laxaltlaw.com
Fax: (702) 471-0075                           *Attorney for Myles Getto, Matt Hyde, Eric*
mjohnson@mjohnsonlaw.com                      *Blakey, Churchill County, James Barbee,*

[1] Counsel for Defendants has expressly authorized the filing of this Stipulation and Order and the use of her electronic signature, as confirmed in written correspondence dated April 8, 2026, wherein counsel granted permission to file the Stipulation and Order.

-2-

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS. NEVADA 89117
(702) 471-0065
(702) 471-0075

rgubler@mjohnsonlaw.com
*Attorneys for Plaintiff R. Clay Hendrix*

*Christian Spross, Joseph Sanford, Art Mallory, Churchill County District Attorney's Office*

DATED this 7th day of April, 2026.
MAUPIN, COX & LEGOY

/s/ *Donald A. Lattin*
Donald A. Lattin (693)
Carolyn K. Renner (9164)
4785 Caughlin Parkway
Reno, NV 89519
dlattin@mcllawfirm.com
crenner@mcllawfirm.com
Phone: (775) 827-2000
*Attorneys for Kenneth Tedford*

## ORDER

**IT IS SO ORDERED.**

Dated this 9th day of April, 2026.

UNITED STATES DISTRICT JUDGE

-3-

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075